Mark L. Venardi (SBN 173140)
Martin Zurada (SBN 218235)
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel. (925) 937-3900
Fax (925) 937-3905
Attorney for Plaintiffs
MAHER QADOME, SAQIB HUSSAIN and HASSAN ALI KHAN

Lisa C. Hamasaki (SBN 197628)
Donna M. Rutter (SBN 145704)
Lindsay E. Hutner (SBN 238998)
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336
Attorneys for Defendant
AT&T MOBILITY LLC

Michelle Rapoport (SBN 247459)
FORD & HARRISON LLP
350 South Grand Ave., Suite 2300
Los Angeles, CA 90071
Tel. (213) 237-2421
Fax (213) 237-2401
Attorneys for Defendant
CELCITE MANAGEMENT SOLUTIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER QADOME, an individual; SAQIB HASSAIN, an individual; and HASSAN ALI KHAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CELCITE MANAGEMENT SOLUTIONS, LLC, a Delaware limited liability company; AT&T MOBILITY LLC, a Delaware limited liability company; and DOES 1-100,<br><br>Defendants. | Case No.: 12-5253 LB<br>ECF No.:   3:12-cv-05253-LB<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS AT&T MOBILITY LLC AND CELCITE MANAGEMENT SOLUTIONS, LLC, TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br>ORDER<br><br>Complaint filed:  October 11, 2012 |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT - Case No.: C 12-5253 LB**

1  WHEREAS, on October 11, 2012, Plaintiffs MAHER QADOME, SAQIB HASSAIN, and HASSAN ALI KHAN filed a Complaint in the above-captioned matter (the "Complaint");

WHEREAS, on October 12, 2012, Defendants AT&T MOBILITY LLC and CELCITE MANAGEMENT SOLUTIONS, LLC, (hereinafter referred to collectively as "Defendants") were served with copies of the Summons and Complaint;

WHEREAS, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Defendants are currently required to respond to the Complaint by November 2, 2012;

WHEREAS, the parties have STIPULATED to extend the time for Defendants to file their respective responsive pleadings by thirty (30) days in order to allow the parties to explore settlement and to provide Defendants with additional time to investigate the detailed allegations set for in the Complaint in order to submit an informed response;

WHEREAS, this stipulation does not in any way constitute a responsive pleading by Defendants;

WHEREAS, no extensions have previously been obtained by the parties as to the particular matter;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
**STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT - Case No.: C 12-5253 LB**

NOW, THEREFORE, the parties have STIPULATED that, pursuant to United States District Court, Northern District of California, Local Civil Rule 6-1, Defendants' deadline to file their respective responsive pleadings, as required by Rule 12(a) of the Federal Rules of Civil Procedure is extended by thirty (30) days and is now December 3, 2012.

**IT IS SO STIPULATED.**

Dated:  October 31, 2012

VENARDI ZURADA LLP

By: _____
Mark L. Venardi
Martin Zurada
Attorneys for Plaintiffs
MAHER QADOME, SAQIB HUSSAIN and
HASSAN ALI KHAN

Dated:  October ___, 2012

MILLER LAW GROUP
A Professional Corporation

By: _____
Donna M. Rutter
Attorneys for Defendant
AT&T MOBILITY LLC

Dated:  October ___, 2012

FORD & HARRISON LLP

By: _____
Michelle Rapoport
Attorneys for Defendant
CELCITE MANAGEMENT SOLUTIONS, LLC

STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT - Case No.: C 12-5253 LB

NOW, THEREFORE, the parties have STIPULATED that, pursuant to United States District Court, Northern District of California, Local Civil Rule 6-1, Defendants' deadline to file their respective responsive pleadings, as required by Rule 12(a) of the Federal Rules of Civil Procedure is extended by thirty (30) days and is now December 3, 2012.

**IT IS SO STIPULATED.**

Dated: October ___, 2012

VENARDI ZURADA LLP

By: _____
Mark L. Venardi
Martin Zurada
Attorneys for Plaintiffs
MAHER QADOME, SAQIB HUSSAIN and HASSAN ALI KHAN

Dated: October 31, 2012

MILLER LAW GROUP
A Professional Corporation

By: _____/S/_____
Donna M. Rutter
Attorneys for Defendant
AT&T MOBILITY LLC

Dated: October 31, 2012

FORD & HARRISON LLP

By: _____
Michelle Rapoport
Attorneys for Defendant
CELCITE MANAGEMENT SOLUTIONS, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _November 5, 2012_, 2012      _____
                                                JUDGE OF THE U.S. DISTRICT COURT

4820-0382-4913, v. 1

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT - Case No.: C 12-5253 LB**