1  Mark L. Venardi (SBN 173140)
   Martin Zurada (SBN 218235)
2  VENARDI ZURADA LLP
   700 Ygnacio Valley Road, Suite 300
3  Walnut Creek, CA 94596
   Tel. (925) 937-3900
4  Fax (925) 937-3905
   Attorney for Plaintiffs
5  MAHER QADOME, SAQIB HUSSAIN and
   HASSAN ALI KHAN
6

7  Lisa C. Hamasaki (SBN 197628)
   Donna M. Rutter (SBN 145704)
8  Lindsay E. Hutner (SBN 238998)
   MILLER LAW GROUP
9  A Professional Corporation
   111 Sutter Street, Suite 700
10 San Francisco, CA 94104
   Tel. (415) 464-4300
11 Fax (415) 464-4336
   Attorneys for Defendant
12 AT&T MOBILITY LLC

13
   Michelle Rapoport (SBN 247459)
14 FORD & HARRISON LLP
   350 South Grand Ave., Suite 2300
15 Los Angeles, CA 90071
   Tel. (213) 237-2421
16 Fax (213) 237-2401
   Attorneys for Defendant
17 CELCITE MANAGEMENT SOLUTIONS LLC

18                   UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| MAHER QADOME, an individual; SAQIB HASSAIN, an individual; and HASSAN ALI KHAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CELCITE MANAGEMENT SOLUTIONS, LLC, a Delaware limited liability company; AT&T MOBILITY LLC, a Delaware limited liability company; and DOES 1-100,<br><br>Defendants. | Case No.: 12-5253 LB<br>ECF No.:  3:12-cv-05253-LB<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS AT&T MOBILITY LLC AND CELCITE MANAGEMENT SOLUTIONS, LLC, TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br>ORDER<br><br>Complaint filed:  October 11, 2012 |

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT - Case No.: C 12-5253 LB**

WHEREAS, on October 11, 2012, Plaintiffs MAHER QADOME, SAQIB HASSAIN, and HASSAN ALI KHAN filed a Complaint in the above-captioned matter (the "Complaint");

WHEREAS, on October 12, 2012, Defendants AT&T MOBILITY LLC and CELCITE MANAGEMENT SOLUTIONS, LLC, (hereinafter referred to collectively as "Defendants") were served with copies of the Summons and Complaint;

WHEREAS, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Defendants are currently required to respond to the Complaint by November 2, 2012;

WHEREAS, the parties have STIPULATED to extend the time for Defendants to file their respective responsive pleadings by thirty (30) days in order to allow the parties to explore settlement and to provide Defendants with additional time to investigate the detailed allegations set for in the Complaint in order to submit an informed response;

WHEREAS, this stipulation does not in any way constitute a responsive pleading by Defendants;

WHEREAS, no extensions have previously been obtained by the parties as to the particular matter;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOW, THEREFORE, the parties have STIPULATED that, pursuant to United States District Court, Northern District of California, Local Civil Rule 6-1, Defendants' deadline to file their respective responsive pleadings, as required by Rule 12(a) of the Federal Rules of Civil Procedure is extended by thirty (30) days and is now December 3, 2012.

**IT IS SO STIPULATED.**

Dated: October 31, 2012

VENARDI ZURADA LLP

By: _____
Mark L. Venardi
Martin Zurada
Attorneys for Plaintiffs
MAHER QADOME, SAQIB HUSSAIN and HASSAN ALI KHAN

Dated: October ___, 2012

MILLER LAW GROUP
A Professional Corporation

By: _____
Donna M. Rutter
Attorneys for Defendant
AT&T MOBILITY LLC

Dated: October ___, 2012

FORD & HARRISON LLP

By: _____
Michelle Rapoport
Attorneys for Defendant
CELCITE MANAGEMENT SOLUTIONS, LLC

STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT - Case No.: C 12-5253 LB

NOW, THEREFORE, the parties have STIPULATED that, pursuant to United States District Court, Northern District of California, Local Civil Rule 6-1, Defendants' deadline to file their respective responsive pleadings, as required by Rule 12(a) of the Federal Rules of Civil Procedure is extended by thirty (30) days and is now December 3, 2012.

**IT IS SO STIPULATED.**

Dated: October ___, 2012                VENARDI ZURADA LLP


By: _____
    Mark L. Venardi
    Martin Zurada
    Attorneys for Plaintiffs
    MAHER QADOME, SAQIB HUSSAIN and
    HASSAN ALI KHAN

Dated: October 31, 2012                 MILLER LAW GROUP
                                        A Professional Corporation


By: _____/S/_____
    Donna M. Rutter
    Attorneys for Defendant
    AT&T MOBILITY LLC

Dated: October 31, 2012                 FORD & HARRISON LLP


By: _____
    Michelle Rapoport
    Attorneys for Defendant
    CELCITE MANAGEMENT SOLUTIONS,
    LLC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3  Dated: November 5, 2012 , 2012        _____
                                           JUDGE OF THE U.S. DISTRICT COURT

4820-0382-4913, v. 1