| | |
|---|---|
| 1 | Michelle Rapoport, Bar No. 247459 |
| | FORD & HARRISON LLP |
| 2 | 350 South Grand Avenue, Suite 2300 |
| | Los Angeles, CA 90071 |
| 3 | Telephone: (213) 237-2400 |
| | Facsimile: (213) 237-2401 |
| 4 | Attorneys for Defendant |
| 5 | CELCITE MANAGEMENT SOLUTIONS, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER QADOME, and individual; SAQIB HASSAIN, an individual; and HASSAN ALI KHAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CELCITE MANAGEMENT SOLUTIONS, LLC, a Delaware limited liability company; AT&T MOBILITY LLC, a Delaware limited liability company; and DOES 1-100 <br><br> Defendants. | Case No.: 12-5253 LB <br><br> ECF No.: 3:12-cv-05253-LB <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br> **AND ORDER THEREON** |

///
///
///
///
///
///

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

-1-

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE
3:12-CV-05253-LB

1  Plaintiffs Maher Qadome, Saqib Hassain and Hassan Ali Khan ("Plaintiffs"),
2  and Defendants Celcite Management Solutions, LLC and AT&T Mobility, LLC
3  ("Defendants") hereby agree and stipulate that:
4      1.    Counsel for Defendant Celcite Management Solutions, LLC is
5  unavailable to attend the Case Management Conference scheduled for February 15,
6  2013;
7      2.    The Court requires that trial counsel for all parties must be present at
8  the Case Management Conference;
9      3.    All counsel have conferred and agreed to March 8, 2013, at 1:30 p.m.
10 as a date and time which they are available to attend the Case Management
11 Conference;
12     4.    Counsel for Celcite Management Solutions, LLC has conferred with
13 Courtroom Deputy Clerk, Jennifer Ottolini, who has confirmed that March 8, 2013,
14 is available for the Court.
15 NOW THEREFORE, IT IS HEREBY STIPULATED by and between
16 Plaintiffs and Defendants, by and through their counsel of record, that:
17     A.    The Case Management Conference currently set for February 15,
18 2013, at 1:30 p.m., is continued to March 8, 2013, at 1:30 p.m.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

IT IS SO STIPULATED.

Dated: December 19, 2012        VENARDI ZURADA LLP


By: /s/ Mark L. Venardi
    Mark L. Venardi
    Martin Zurada
    Attorney for Plaintiffs
    MAHER QADOME, SAQIB HUSSAIN
    and HASSAN ALI KHAN

Dated: December 19, 2012        FORD & HARRISON LLP


By: /s/ Michelle Rapoport
    Michelle Rapoport
    Attorney for Defendant
    CELCITE MANAGEMENT SOLUTIONS, LLC

Dated: December 19, 2012        MILLER LAW GROUP
                                A Professional Corporation


By: /s/ Donna M. Rutter
    Lisa C. Hamasaki
    Donna M. Rutter
    Lindsay E. Hutner
    Attorneys for Defendant
    AT&T MOBILITY LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 2, 2013

_____
HONORABLE JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE