Michelle Rapoport, Bar No. 247459
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
Attorneys for Defendant

CELCITE MANAGEMENT SOLUTIONS,
LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER QADOME, and individual; SAQIB HASSAIN, an individual; and HASSAN ALI KHAN, an individual, | Case No.: 12-5253 LB |
| | ECF No.: 3:12-cv-05253-LB |
| Plaintiffs, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | **AND ORDER THEREON** |
| CELCITE MANAGEMENT SOLUTIONS, LLC, a Delaware limited liability company; AT&T MOBILITY LLC, a Delaware limited liability company; and DOES 1-100 | |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

-1-

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE
3:12-CV-05253-LB

Plaintiffs Maher Qadome, Saqib Hassain and Hassan Ali Khan ("Plaintiffs"), and Defendants Celcite Management Solutions, LLC and AT&T Mobility, LLC ("Defendants") hereby agree and stipulate that:

1. Counsel for Defendant Celcite Management Solutions, LLC is unavailable to attend the Case Management Conference scheduled for February 15, 2013;

2. The Court requires that trial counsel for all parties must be present at the Case Management Conference;

3. All counsel have conferred and agreed to March 8, 2013, at 1:30 p.m. as a date and time which they are available to attend the Case Management Conference;

4. Counsel for Celcite Management Solutions, LLC has conferred with Courtroom Deputy Clerk, Jennifer Ottolini, who has confirmed that March 8, 2013, is available for the Court.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, by and through their counsel of record, that:

A. The Case Management Conference currently set for February 15, 2013, at 1:30 p.m., is continued to March 8, 2013, at 1:30 p.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:134517.1

- 2 -

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE
3:12-CV-05253-LB

1   **IT IS SO STIPULATED.**

2

3   Dated: December 19, 2012          VENARDI ZURADA LLP

4

5                                     By: /s/ Mark L. Venardi

6                                         Mark L. Venardi
                                          Martin Zurada
                                          Attorney for Plaintiffs
7                                         MAHER QADOME, SAQIB HUSSAIN
                                          and HASSAN ALI KHAN

8   Dated: December 19, 2012          FORD & HARRISON LLP

9

10                                    By: /s/ Michelle Rapoport

11                                        Michelle Rapoport
                                          Attorney for Defendant
12                                        CELCITE MANAGEMENT SOLUTIONS,
                                          LLC

13  Dated: December 19, 2012          MILLER LAW GROUP

14                                    A Professional Corporation

15

16                                    By: /s/ Donna M. Rutter

17                                        Lisa C. Hamasaki
                                          Donna M. Rutter
                                          Lindsay E. Hutner
18                                        Attorneys for Defendant
                                          AT&T MOBILITY LLC

19

20  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22  DATED: ___January 2, 2013___

23                                        HONORABLE JEFFREY S. WHITE
                                          U.S. DISTRICT COURT JUDGE
24

25

26

27

28

Ford & Harrison
LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:134517.1                        - 3 -                JOINT STIPULATION TO CONTINUE CASE
                                                       MANAGEMENT CONFERENCE
                                                       3:12-CV-05253-LB