1  Mark L. Venardi (SBN 173140)
     mvenardi@vefirm.com
2  Martin Zurada (SBN 218235)
     mzurada@hotmail.com
3  VENARDI ZURADA LLP
   700 Ygnacio Valley Road, Suite 300
4  Walnut Creek, CA 94596
   Tel. (925) 937-3900
5  Fax (925) 937-3905

6  Attorney for Plaintiffs
   MAHER QADOME, SAQIB HUSSAIN and
7  HASSAN ALI KHAN

8  Stefan H. Black, Bar No. 284499
   Ford & Harrison LLP
9  350 South Grand Avenue, Suite 2300
   Los Angeles, CA 90071
10 Telephone:  (213) 237-2400
   Facsimile:  (213) 237-2401
11 E-mail:     sblack@fordharrison.com

12 Craig J. Franco, Esq.
   Admitted *Pro Hac Vice*
13 Odin, Feldman & Pittleman, P.C.
   1775 Wiehle Ave., Suite 400
14 Reston, VA 20191
   Telephone: (703) 218-2302
15 Facsimile: (703) 218-2160
   E-mail:     craig.franco@ofplaw.com
16
   Attorneys for Defendant
17 CELCITE MANAGEMENT SOLUTIONS, LLC

18 Lisa C. Hamasaki (SBN 197628)
     lch@millerlawgroup.com
19 Donna M. Rutter (SBN 145704)
     dmr@millerlawgroup.com
20 Lindsay E. Hutner (SBN 238998)
     leh@millerlawgroup.com
21 MILLER LAW GROUP
   A Professional Corporation
22 111 Sutter Street, Suite 700
   San Francisco, CA 94104
23 Tel. (415) 464-4300
   Fax (415) 464-4336
24
   Attorneys for Defendant
25 AT&T MOBILITY LLC

26

27

28

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:138606.1

JOINT STIPULATION FOLLOWING INITIAL CMC;
[PROPOSED] ORDER C 12-05253-JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAHER QADOME, an individual; SAQIB HUSSAIN, an individual; and HASSAN ALI KHAN, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>CELCITE MANAGEMENT SOLUTIONS, LLC, a Delaware limited liability company; AT&T MOBILITY LLC, a Delaware limited liability company; and DOES 1-100,<br><br>        Defendant. | CASE NO. 3:12-cv-05253-JSW<br><br>Hon. Jeffrey S. White [Ctrm 11]<br><br>**JOINT STIPULATION OF THE PARTIES FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br><br><br>Complaint filed: October 11, 2012 |
|---|---|

The Parties have met and conferred on the three matters that the Court ordered the Parties to further confer about. Having done so, Plaintiffs MAHER QADOME, SAQIB HUSSAIN and HASSAN ALI KHAN ("Plaintiffs") and Defendants CELCITE MANAGEMENT SOLUTIONS, LLC and AT&T MOBILITY, LLC ("Defendants"), now submit the following Stipulation pursuant to this Court's Order dated March 8, 2013.

1. <u>Magistrate Judge</u>

The Parties have conferred and they decline reassignment to a Magistrate Judge.

2. <u>Alternative Dispute Resolution</u>

The Parties have conferred further about Alternative Dispute Resolution and they request the use of the Court's Early Neutral Evaluation Program. Furthermore, the Parties have reviewed the Court approved neutrals and have agreed upon individuals to submit to the Court's ADR.

3.  <u>Summary Judgment Schedule</u>

The Parties request a hearing on Judge White's first available hearing date in the month of December 2013. Further the Parties submit the following briefing schedule for the anticipated cross-motions for summary judgment:

1.  The Joint Opening Brief of the Defendants should be filed 7 weeks prior to the hearing on the Cross Motions for Summary Judgment.

2.  The Opening Brief of the Plaintiffs should be filed 5 weeks prior to the hearing on the Cross Motions for Summary Judgment.

3.  The Joint Reply Brief/Opposition to Plaintiffs' Motion for Summary Judgment should be filed 3 weeks prior to the hearing on the Cross Motions for Summary Judgment.

4.  The Plaintiffs' Reply Brief should be filed 1 week prior to the hearing on the Cross Motions for Summary Judgment.

DATED: March 15, 2013

Respectfully submitted,

VENARDI ZURADA LLP

By: /s/ Mark L. Venardi
Mark L. Venardi
Attorneys for Plaintiffs
MAHER QADOME, SAQUB HASSAIN and HASSAN ALI KHAN

| | | |
|---|---|---|
| 1 | DATED: March 15, 2013 | FORD & HARRISON LLP |
| 2 | | |
| 3 | | By:  /s/ Stefan H. Black |
| 4 | | Stefan H. Black |
| 5 | | Craig J. Franco<br>Admitted *Pro Hac Vice*<br>Odin, Feldman & Pittleman, P.C. |
| 6 | | Attorneys for Defendant<br>CELCITE MANAGEMENT |
| 7 | | SOLUTIONS, LLC |
| 8 | | |
| 9 | DATED: March 15, 2013 | MILLER LAW GROUP<br>A Professional Corporation |
| 10 | | |
| 11 | | By:  /s/ Donna M. Rutter |
| 12 | | Donna M. Rutter<br>Attorneys for Defendant<br>ATT&T MOBILITY LLC |

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:138606.1

- 4 -

JOINT STIPULATION FOLLOWING INITIAL CMC;
[PROPOSED] ORDER C 12-05253-JSW

## SUPPLEMENT CASE MANAGEMENT ORDER

The above JOINT SIPTULATION is approved and, accordingly, it is ORDERED as follows:

1. The Civil Action shall not be reassigned to a Magistrate Judge.

2. The parties are ordered into the Court's Early Neutral Evaluation Program.

3. Summary Judgment shall be head on December  18 , 2013. The Court adopts the following briefing schedule for the anticipated cross-motions for summary judgment:

   a. The Joint Opening Brief of the Defendants shall be filed 8 weeks prior to the hearing on the Cross Motions for Summary Judgment.

   b. The Opening Brief of the Plaintiffs shall be filed 6 weeks prior to the hearing on the Cross Motions for Summary Judgment.

   c. The Joint Reply Brief/Opposition to Plaintiffs' Motion for Summary Judgment shall be filed 4 weeks prior to the hearing on the Cross Motions for Summary Judgment.

   d. The Plaintiffs' Reply Brief shall be filed 3 week prior to the hearing on the Cross Motions for Summary Judgment.

Dated: March 18, 2013

_____
The Honorable Jeffrey S. White
United State District Court Judge