MARK VENARDI, #173140
MARTIN ZURADA, # 218235
VENARDI ZURADA LLP
700 Ygnacio Valley Road, #300
Walnut Creek, CA 94596
(925)-937-3900
(925) 937-3905 FAX
Attorneys for Plaintiffs
MAHER QADOME, SAQIB HUSSAIN, and HASSAN ALI KHAN

STEFAN H. BLACK (SBN 284499)
FORD & HARRISON LLP
350 South Brand Avenue, Suite 2300
Los Angeles, CA 90071
(213) 237-2400
(213) 237-2401 FAX

CRAIG J. FRANCO (admitted pro hac vice)
ODIN, FEDLMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, VA 20190

Attorneys for Defendant
CELCITE MANAGEMENT SOLUTIONS, LLC

LISA C. HAMASAKI (SBN 197628)
DONNA M. RUTTER (SBN 145704)
LINDSAY E. HUNTER (SBN 238998)
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
(415) 464-4300
(415) 464-4336 FAX

Attorneys for Defendant
AT&T MOBILITY LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAHER QADOME, an individual; SAQIB HASSAIN, an individual; and HASSAN ALI KHAN, an individual,<br><br>Plaintiffs,<br>v.<br>CELCITE MANAGEMENT SOLUTIONS, LLC, a Delaware limited liability company; AT&T MOBILITY LLC, a Delaware limited liability company; and DOES 1-100,<br><br>Defendants. | Case No.: 12-5253 JSW<br>ECF No.: 3:12-cv-05253-JSW<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

1

STIPULATION AND ORDER OF DISMISSAL

1 | ALL OF THE PARTIES TO THIS LITIGATION AND THEIR COUNSEL HEREBY STIPULATE TO
2 | THE ENTRY OF THIS AGREED ORDER OF DISMISSAL:

### AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

IT IS SO STIPULATED, THROUGH THE PARTIES AND THEIR COUNSEL OF RECORD.

| | |
|---|---|
| Dated: June ___, 2013 | VENARDI ZURADA LLP |
| | /s/ Mark Venardi |
| | By:_____/ |
| | Mark Venardi |
| | Attorneys for Plaintiffs |
| | MAHER QADOME, SAQIB HUSSAIN, and HASSAN ALI KHAN |
| | |
| Dated: June ___, 2013 | ODIN, FEDLMAN & PITTLEMAN, P.C. |
| | /s/ Craig J. Franco |
| | By: _____ |
| | Craig J. Franco |
| | Attorneys for Defendant |
| | CELCITE MANAGEMENT SOLUTIONS, LLC |
| | |
| Dated: June ___, 2013 | MILLER LAW GROUP |
| | /s/ Donna M. Rutter |
| | By: _____ |
| | Donna M. Rutter |
| | Attorneys for Defendant |
| | AT&T MOBILITY SERVICES |
| | |
| Dated: June ___, 2013 | FORD & HARRISON |
| | /s/ Stefan H. Black |
| | By: _____ |
| | Stefan H. Black |
| | Attorneys for Defendant |
| | AT&T MOBILITY SERVICES |

1  The parties to the action, through their counsel, have advised the court that they have agreed to a
2  settlement.
3       **IT IS HEREBY ORDERED** that this matter is DISMISSED WITH PREJUDICE. However,
4  that if any party notifies this court, with proof of service of a copy of such notice on opposing counsel,
5  within sixty (60) days from the date this order is entered, that the settlement has not in fact occurred or
6  has been breached, then this dismissal shall be vacated and this action shall forthwith be restored to the
7  calendar for further proceedings.

9  Dated: June 3, 2013

10 By: _____
11      Honorable JEFFREY S. WHITE
     United States District Court Judge